IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:

SCHOOL SPECIALTY, INC., *et al.*,[1]

Debtors.

Chapter 11

Case No. 13-10125 (KJC)

(Jointly Administered)

## APPLICATION TO APPEAR PURSUANT TO LOCAL RULE 9010-1(e)(ii)

I, Benjamin Rosenblum, respectfully request the approval of this Court to appear in the above-captioned case on behalf of Franklin Covey Co., pursuant to Local Rule 9010-1(e)(ii) of the United States Bankruptcy Court for the District of Delaware.

Local Rule 9010-1(e)(ii) provides:

> Attorneys who are admitted to the Bar of the District Court and in good standing, but who do not maintain an office in the District of Delaware, may appear on behalf of parties upon approval by the Court.

I am admitted to and in good standing with the Bar of the United States District Court for the District of Delaware.

I do not maintain an office for the practice of law in the District of Delaware.

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: School Specialty, Inc. (1239); Bird-In-Hand Woodworks, Inc. (8811); Califone International, Inc. (3578); Childcraft Education Corp. (9818); ClassroomDirect.com, LLC (2425); Delta Education, LLC (8764); Frey Scientific, Inc. (3771); Premier Agendas, Inc. (1380); Sax Arts & Crafts, Inc. (6436); and Sportime, LLC (6939).

NYI-4514681v1

-2-

I respectfully request that the Court enter the proposed order approving my appearance in this proceeding pursuant to Local Bankruptcy Rule 9010-1(e)(ii).

Dated:  May 15, 2013        JONES DAY
    New York, New York

    */s/ Benjamin Rosenblum*_____
    Benjamin Rosenblum (No. 4752)
    222 East 41st Street
    New York, New York  10017
    Telephone:  (212) 326-3939
    Facsimile:  (212) 755-7306

    *Attorneys for Franklin Covey Co.*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:

SCHOOL SPECIALTY, INC., *et al.*,[1]

Debtors.

Chapter 11

Case No. 13-10125 (KJC)

(Jointly Administered)

**Related Docket. No.**

## ORDER APPROVING APPEARANCE

This matter coming before the Court upon the application of Benjamin Rosenblum to appear in the above-captioned case on behalf of Franklin Covey Co., pursuant to Local Rule 9010-1(e)(ii) of the United States Bankruptcy Court for the District of Delaware; and the Court having reviewed the motion and determined the relief sought is appropriate; it is hereby

ORDERED, that Benjamin Rosenblum may appear in the above-captioned case pursuant to Local Bankruptcy Rule 9010-1(e)(ii).

Dated: _____, 2013

_____
The Honorable Kevin J. Carey
United States Bankruptcy Judge

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: School Specialty, Inc. (1239); Bird-In-Hand Woodworks, Inc. (8811); Califone International, Inc. (3578); Childcraft Education Corp. (9818); ClassroomDirect.com, LLC (2425); Delta Education, LLC (8764); Frey Scientific, Inc. (3771); Premier Agendas, Inc. (1380); Sax Arts & Crafts, Inc. (6436); and Sportime, LLC (6939).

NYI-4514681v1