**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| School Specialty, Inc., et al., | Case No. 13-10125 |
| Reorganized Debtors | |

### NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that **Bill Smith Group Inc (DBA – QBS Learning)**, a creditor in the cases of the above-captioned debtors ("Debtors"), directs the Debtors and counsel for the Debtors (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering its claims (as listed on the Debtors' schedules and claims register (**claim number 145**) and hereby requests that service of any pleadings, notices, correspondence and distributions relating to such claim be sent to the New Address set forth below, effect as of the date hereof.

| Former Address | New Address |
|---|---|
| Bill Smith Group, Inc. | Bill Smith Group, Inc. |
| Manit M. Shah | c/o Bradford Capital Advisors, LLC |
| 450 W. 31st Street, 3rd Floor | 11 Bradford Avenue |
| New York, NY 10001 | Passaic, NJ 07055 |

I declare that the foregoing is true and correct.

Authorized Signatory for:

**Bill Smith Group Inc (DBA – QBS Learning)**

By: _Apurv Goyal_ (signature)
Name: APURV GOYAL
Title: FINANCE DIRECTOR
Date: 08/09/2016